AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McConnell Jr, John J. | District of Rhode Island | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer and Board Member | Crossroads RI |
| 2. | Member | Marthas Vineyard Colonial Inn LLC |
| 3. | Board Member | Institute for the Study & Practice of NonViolence |
| 4. | Board Member | Trinity Repertory Company |
| 5. | Custodian | Alliance Capital 529 College Fund #2 |
| 6. | Trustee | Family Trust #1 |
| 7. | Trustee | Family Trust #2 |
| 8. | Board Member | Downtown Providence Parks Conservancy |
| 9. | Chair, Selection Committee | Hassenfeld Family Foundation, RI Public Interest Service Fellowship |
| 10. | Board Member | Women's Center of Rhode Island |
| 11. | Board Member | Federal Judges' Association |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/30/2003 | Ness Motley, P.A. (n/k/a MRRM, P.A.) Employment and Compensation Agreement (see Section VIII for further details) |
| 2. 5/13/2011 | Assignment of Certain Rights in MRRM, P.A. (see Section VIII for further details) |
| 3. 5/13/2011 | Assignement of Membership Interests in Motely Rice LLC and Mutual Release (see Section VIII for further details) |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/2016 | Deferred Compensation, MRRM PA | $2,460,018.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. --Wells Fargo Money Fund | A | Interest | L | T | | | | | |
| 3. --Allergan(Fka Actavis)name change 6-15-15 | | None | K | T | Buy (add'l) | 07/25/16 | J | | |
| 4. --Affiliated Managers Group | | None | K | T | Buy (add'l) | 09/19/16 | J | | |
| 5. | | | | | Buy (add'l) | 11/28/16 | K | | |
| 6. --Apple Inc | A | Dividend | K | T | | | | | |
| 7. --Applied Materials Inc | A | Dividend | K | T | Sold (part) | 04/14/16 | J | A | |
| 8. --CBOE Holdings Inc | A | Dividend | K | T | | | | | |
| 9. --Celgene Corp | | None | K | T | Buy (add'l) | 02/11/16 | J | | |
| 10. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 11. --CME Group | B | Dividend | K | T | | | | | |
| 12. --Danaher Corp | A | Dividend | K | T | Buy | 09/12/16 | J | | |
| 13. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 14. --Express Scripts Hldg Co | | None | K | T | Sold (part) | 07/29/16 | J | A | |
| 15. --Fedex Corp | A | Dividend | K | T | Buy | 02/29/16 | J | | |
| 16. --Fireeye Inc | | None | J | T | Buy (add'l) | 07/29/16 | J | | |
| 17. | | | | | Sold (part) | 11/21/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Global X | A | Dividend | J | T | | | | | |
| 19. --Intel Corp | A | Dividend | K | T | | | | | |
| 20. --Ishares TRMSCI Emerging Mkts Index Fd | A | Dividend | K | T | | | | | |
| 21. --Ishares Tr Russell 2000 Index Fd | A | Dividend | L | T | | | | | |
| 22. --Ishares Transportation Average ETF | A | Dividend | K | T | Buy | 09/02/16 | J | | |
| 23. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 24. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 25. --Johnson & Johnson | A | Dividend | K | T | | | | | |
| 26. --Lattice Semiconductor Corp | | None | J | T | | | | | |
| 27. --Morgan Stanley | A | Dividend | K | T | | | | | |
| 28. --NXP Semiconductors | | None | K | T | | | | | |
| 29. --Powershares Golden Dragon China | A | Dividend | J | T | | | | | |
| 30. --Pricesmart Inc. | A | Dividend | | | Sold | 4/18/16 | K | A | |
| 31. --Purefunds ISE Cyber | A | Dividend | J | T | Buy | 11/21/16 | J | | |
| 32. --Qualcomm Inc | C | Dividend | L | T | | | | | |
| 33. --SPDR Gold Trust | A | Dividend | J | T | | | | | |
| 34. --SPDR S&P Biotech ET | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --SPDR S&P Midcap 400 Trust Series N | B | Dividend | M | T | | | | | |
| 36. --SPDR S&P 500 Trust | B | Dividend | L | T | | | | | |
| 37. --SPDR Ser Tr S&P 600 Small Cap | C | Dividend | L | T | | | | | |
| 38. --SPDR S&P Semiconductor ETF | A | Dividend | J | T | Buy | 09/19/16 | J | | |
| 39. --Stryker Corp | A | Dividend | K | T | | | | | |
| 40. --Thermo Fisher Scientific Inc | A | Dividend | K | T | Buy | 09/12/16 | J | | |
| 41. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 42. | | | | | Buy (add'l) | 11/23/16 | J | | |
| 43. --United Natural Foods Inc | | None | J | T | | | | | |
| 44. --Vanguard S&P 500 | A | Dividend | K | T | | | | | |
| 45. --Whole Foods Market | A | Dividend | J | T | | | | | |
| 46. --Wisdomtree Investments | A | Dividend | K | T | Buy (add'l) | 01/14/16 | J | | |
| 47. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 48. | | | | | Sold (part) | 12/29/16 | J | | |
| 49. --Zimmer Holdings | A | Dividend | | | Sold (part) | 07/25/16 | J | C | |
| 50. | | | | | Sold | 12/16/16 | J | B | |
| 51. --Xilinx Inc | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53.   Family Trust #1 (H) | | | | | | | | | |
| 54.   --Wells Fargo Money Fund | A | Interest | O | T | | | | | |
| 55.   --Affiliated Managers Group | | None | K | T | Buy (add'l) | 07/25/16 | J | | |
| 56. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 57.   --Allergan(Fka Actavis)name change 6-15-15 | | None | K | T | Buy (add'l) | 07/25/16 | J | | |
| 58. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 59.   --Apple Inc | A | Dividend | K | T | | | | | |
| 60.   --Applied Materials Inc | A | Dividend | K | T | Sold (part) | 04/14/16 | J | A | |
| 61.   --CBOE Holdings Inc | A | Dividend | K | T | | | | | |
| 62.   --Celgene Corp | | None | K | T | Buy (add'l) | 02/11/16 | J | | |
| 63. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 64.   --CME Group | B | Dividend | K | T | | | | | |
| 65.   --Danaher Corp | A | Dividend | K | T | Buy | 09/12/16 | J | | |
| 66. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 67. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 68.   --Express Scripts Hldg Co | | None | K | T | Sold (part) | 07/29/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | --Fedex Corp | A | Dividend | K | T | Buy | 02/29/16 | K | | |
| 70. | --Fireeye Inc | | None | | | Buy (add'l) | 07/29/16 | J | | |
| 71. | | | | | | Buy (add'l) | 11/14/16 | J | | |
| 72. | | | | | | Sold | 11/21/16 | J | | |
| 73. | --GlobalX | A | Dividend | | | Sold | 12/29/16 | J | | |
| 74. | --Intel Corp | A | Dividend | K | T | | | | | |
| 75. | --ISHRS Russell 2000 Index | B | Dividend | M | T | | | | | |
| 76. | --Ishares Transportation Average ETF | A | Dividend | K | T | Buy | 09/02/16 | J | | |
| 77. | | | | | | Buy (add'l) | 09/12/16 | J | | |
| 78. | | | | | | Buy (add'l) | 10/06/16 | J | | |
| 79. | --Johnson & Johnson | A | Dividend | K | T | | | | | |
| 80. | --Lattice Semiconductor Corp | | None | J | T | | | | | |
| 81. | --Morgan Stanley | A | Dividend | K | T | | | | | |
| 82. | --NXP Semiconductors | | None | K | T | | | | | |
| 83. | --Powershares Golden Dragon China | A | Dividend | J | T | | | | | |
| 84. | --Pricesmart Inc | A | Dividend | | | Sold | 04/18/16 | K | A | |
| 85. | --Purefunds ISE Cyber | | None | K | T | Buy | 11/14/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Qualcomm Inc | C | Dividend | M | T | | | | | |
| 87. --SPDR Gold Trust | A | Dividend | J | T | | | | | |
| 88. --SPDR S&P 500 Trust | B | Dividend | K | T | Sold (part) | 07/25/16 | K | D | |
| 89. --SPDR S&P Biotech | A | Dividend | L | T | | | | | |
| 90. --SPDR S&P Midcap 400 | A | Dividend | L | T | | | | | |
| 91. --SPDR Ser Tr S&P 600 Small Cap | C | Dividend | L | T | | | | | |
| 92. --SPDR S&P Semiconductor ETF | A | Dividend | J | T | Buy | 09/19/16 | J | | |
| 93. --Stryker | A | Dividend | K | T | | | | | |
| 94. --Thermo Fisher Scientific Inc | A | Dividend | K | T | Buy | 09/12/16 | J | | |
| 95. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 96. | | | | | Buy (add'l) | 11/23/16 | J | | |
| 97. --Vanguard S&P 500 ETF | B | Dividend | L | T | | | | | |
| 98. --Whole Foods Market | A | Dividend | J | T | | | | | |
| 99. --Wisdomtree Investments | A | Dividend | K | T | Buy (add'l) | 01/14/16 | J | | |
| 100. | | | | | Buy (add'l) | 11/14/16 | J | | |
| 101. | | | | | Sold (part) | 12/29/16 | J | | |
| 102. --Zimmer Holdings | A | Dividend | | | Sold | 12/16/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Xilinx Inc | C | Dividend | M | T | | | | | |
| 104. | | | | | | | | | |
| 105.  Family Trust #2 (H) | | | | | | | | | |
| 106.  --Wells Fargo Money Fund | A | Interest | N | T | | | | | |
| 107.  --Allergan(FkaActavis) Name change 6-15-15 | | None | L | T | Buy (add'l) | 07/25/16 | K | | |
| 108.  --Affiliated Managers Group | | None | L | T | Buy (add'l) | 09/19/16 | K | | |
| 109. | | | | | Buy (add'l) | 11/28/16 | K | | |
| 110. | | | | | Sold (part) | 12/28/16 | L | | |
| 111.  --Apple Inc | C | Dividend | M | T | | | | | |
| 112.  --Applied Materials Inc | A | Dividend | K | T | Sold (part) | 04/14/16 | K | B | |
| 113.  --CBOE Holdings Inc | B | Dividend | M | T | | | | | |
| 114.  --Celgene Corp | | None | M | T | Buy (add'l) | 02/11/16 | J | | |
| 115. | | | | | Buy (add'l) | 07/25/16 | K | | |
| 116.  --CME Group | D | Dividend | M | T | | | | | |
| 117.  --Danaher Corp | A | Dividend | L | T | Buy | 09/12/16 | K | | |
| 118. | | | | | Buy (add'l) | 09/22/16 | K | | |
| 119.  --EMC Corp Mass | B | Dividend | | | Sold | 09/07/16 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Dell Technologies Inc | | None | K | T | Spinoff (from line 119) | 09/07/16 | K | | |
| 121. --Express Scripts Hldg Co | | None | M | T | | | | | |
| 122. --Fedex Corp | A | Dividend | L | T | Buy | 02/29/16 | L | | |
| 123. --Fireeye Inc | | None | | | Buy (add'l) | 07/29/16 | J | | |
| 124. | | | | | Sold | 11/21/16 | K | | |
| 125. --Global X | C | Dividend | K | T | | | | | |
| 126. --Intel Corp | C | Dividend | L | T | | | | | |
| 127. --Ishares China | B | Dividend | L | T | | | | | |
| 128. --ISHRS Russell 2000 Index | C | Dividend | M | T | | | | | |
| 129. --Ishares TRMSCI Emerging Mkts Index Fd | A | Dividend | K | T | | | | | |
| 130. ----iShares Transportation Average ETF | A | Dividend | L | T | Buy | 09/02/16 | K | | |
| 131. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 132. | | | | | Buy (add'l) | 10/06/16 | K | | |
| 133. --Johnson & Johnson | C | Dividend | M | T | | | | | |
| 134. --Lattice Semiconductor Corp | | None | L | T | | | | | |
| 135. --Morgan Stanley | B | Dividend | L | T | | | | | |
| 136. --NXP Semiconductors | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Powershares Golden Dragon China | B | Dividend | L | T | | | | | |
| 138. --Pricesmart Inc | A | Dividend | | | Sold | 04/18/16 | L | A | |
| 139. --Purefunds ISE Cyber | | None | K | T | Buy | 11/21/16 | K | | |
| 140. --Qualcomm Inc | D | Dividend | N | T | | | | | |
| 141. --SPDR Gold Trust | A | Dividend | L | T | | | | | |
| 142. --SPDR S&P Biotech | A | Dividend | N | T | Buy (add'l) | 07/25/16 | L | | |
| 143. --SPDR S&P Midcap 400 | C | Dividend | N | T | | | | | |
| 144. --SPDR S&P 500 Trust ETF | D | Dividend | N | T | | | | | |
| 145. --SPDR Ser Tr S&P 600 Small Cap ETF | D | Dividend | N | T | | | | | |
| 146. --SPDR® S&P Semiconductor ETF | A | Dividend | L | T | Buy | 09/19/16 | L | | |
| 147. --Stryker | B | Dividend | M | T | | | | | |
| 148. --Thermo Fisher Scientific Inc | A | Dividend | L | T | Buy | 09/12/16 | K | | |
| 149. | | | | | Buy (add'l) | 09/22/16 | K | | |
| 150. | | | | | Buy (add'l) | 11/23/16 | K | | |
| 151. --United Natural Foods Inc | | None | K | T | | | | | |
| 152. --Vanguard Mid Cap ETF | B | Dividend | L | T | | | | | |
| 153. --Vanguard S&P 500 ETF | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Whole Foods Market | A | Dividend | K | T | | | | | |
| 155. --Wisdomtree Investments | B | Dividend | L | T | Buy (add'l) | 01/14/16 | K | | |
| 156. | | | | | Buy (add'l) | 11/28/16 | K | | |
| 157. | | | | | Sold (part) | 12/29/16 | K | | |
| 158. --Zimmer Holdings | A | Dividend | | | Sold | 07/25/16 | L | D | |
| 159. --Xilinx Inc. | D | Dividend | N | T | | | | | |
| 160. | | | | | | | | | |
| 161. IRA #1 (H) | | | | | | | | | |
| 162. --Wells Fargo Cash | A | Interest | J | T | | | | | |
| 163. --Allergan (Fka Actavis) name change 6/15/15 | | None | J | T | | | | | |
| 164. --Affiliated Managers Group | | None | J | T | | | | | |
| 165. --Apple Inc | A | Dividend | J | T | | | | | |
| 166. --Applied Materials Inc | A | Dividend | J | T | | | | | |
| 167. --CBOE Holdings Inc | A | Dividend | J | T | | | | | |
| 168. --Celgene Corp | | None | J | T | Buy (add'l) | 02/11/16 | J | | |
| 169. --CME Group | A | Dividend | J | T | | | | | |
| 170. --Danaher Corp | A | Dividend | J | T | Buy | 09/12/16 | J | | |

1. Income Gain Codes:
(See Columns B1 and D4)

A =$1,000 or less
F =$50,001 - $100,000

B =$1,001 - $2,500
G =$100,001 - $1,000,000

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000

D =$5,001 - $15,000
H2 =More than $5,000,000

E =$15,001 - $50,000

2. Value Codes
(See Columns C1 and D3)

J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000

K =$15,001 - $50,000
O =$500,001 - $1,000,000

L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000

M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)

Q =Appraisal
U =Book Value

R =Cost (Real Estate Only)
V =Other

S =Assessment
W =Estimated

T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 172. --Dell Technologies Inc | | None | J | T | Spinoff (from line 173) | 09/07/16 | J | | |
| 173. --EMC Corp Mass | A | Dividend | | | Sold | 09/07/16 | J | A | |
| 174. --ETFS Platinum Trust Shs Ben Int ETF | | None | J | T | | | | | |
| 175. --Express Scripts Hldg Co | | None | J | T | | | | | |
| 176. --Fedex Corp | A | Dividend | J | T | Buy | 02/29/16 | J | | |
| 177. --Fireeye Inc | | None | J | T | | | | | |
| 178. --Global X Funds ET | A | Dividend | J | T | | | | | |
| 179. --Intel Corp | A | Dividend | J | T | | | | | |
| 180. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 181. --Ishares TR MSCI Emerging Mkts Index Fd | A | Dividend | J | T | | | | | |
| 182. --Ishares NASDAQ Biotech | A | Distribution | J | T | | | | | |
| 183. --iShares Transportation Average ETF | A | Dividend | J | T | Buy | 09/02/16 | J | | |
| 184. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 185. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 186. --Ishares US Broker Dealers | A | Dividend | J | T | | | | | |
| 187. --Johnson & Johnson | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Lattice Semiconductor Corp | | None | J | T | | | | | |
| 189. --Morgan Stanley | A | Dividend | J | T | | | | | |
| 190. --NCR | | None | | | Sold | 03/03/16 | J | | |
| 191. --NXP Semiconductore | | None | J | T | | | | | |
| 192. --Potash Corp of Saskatchewan Inc | A | Dividend | J | T | | | | | |
| 193. --Powershares Golden Dragon China | A | Dividend | J | T | | | | | |
| 194. --Proshares Trust Short 20+ Treasury | | None | | | Sold | 01/29/16 | J | | |
| 195. --Qualcomm Inc | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 196. --Guggenheim S&P 500 Equal Wghted Index Fd fka Rydex | A | Dividend | J | T | | | | | |
| 197. --SPDR Gold Trust | A | Dividend | J | T | | | | | |
| 198. --SPDR S&P Biotech | A | Dividend | J | T | | | | | |
| 199. --SPDR S&P China | A | Dividend | J | T | | | | | |
| 200. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 201. --Stryker | A | Dividend | J | T | | | | | |
| 202. --Thermo Fisher Scientific Inc | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 203. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 204. --United Natural Foods | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. --Vanguard Mid Cap | A | Dividend | J | T | | | | | |
| 206. --Vanguard MSCI ETF Emerging | A | Dividend | J | T | | | | | |
| 207. --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 208. --Vanguard Russell 2000 Value | A | Dividend | J | T | | | | | |
| 209. --Vanguard S&P 500 | A | Dividend | J | T | | | | | |
| 210. --Walmart | A | Dividend | J | T | | | | | |
| 211. --Whole Foods Market | A | Dividend | J | T | | | | | |
| 212. --Wisdomtree Investments | A | Dividend | J | T | Buy (add'l) | 01/14/16 | J | | |
| 213. --Zimmer Holdings | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 214. | | | | | | | | | |
| 215. IRA #2 (H) | | | | | | | | | |
| 216. --Wells Fargo Money Fund | A | Interest | J | T | | | | | |
| 217. --Allergan (Fka Actavis) nmae change 6/15/15 | | None | J | T | | | | | |
| 218. --Affiliated Managers Group | | None | J | T | | | | | |
| 219. --Apple Inc | A | Dividend | J | T | | | | | |
| 220. --Applied Materials | A | Dividend | J | T | | | | | |
| 221. --CBOE Holdings Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Celgene Corp | | None | J | T | Buy (add'l) | 02/11/16 | J | | |
| 223. --CME Group | A | Dividend | J | T | | | | | |
| 224. --Danaher Corp | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 225. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 226. --Dell Technologies Inc | | None | J | T | Spinoff (from line 227) | 09/07/16 | J | | |
| 227. --EMC Corp Mass | A | Dividend | | | Sold | 09/07/16 | J | A | |
| 228. --Express Scripts Hldg Co | | None | J | T | | | | | |
| 229. --ETFS Platinum Trust Shs Ben Int ETF | | None | J | T | | | | | |
| 230. --Fedex Corp | A | Dividend | J | T | Buy | 02/29/16 | J | | |
| 231. -Fireeye Inc | | None | J | T | | | | | |
| 232. --Global X | A | Dividend | J | T | | | | | |
| 233. --Intel Corp | A | Dividend | J | T | | | | | |
| 234. --Ishares NASDAQ | A | Dividend | J | T | | | | | |
| 235. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 236. --Ishares TR MSCI Emerging Mkts Index Fd | A | Dividend | J | T | | | | | |
| 237. --Ishares Transportation Average ETF | A | Dividend | J | T | Buy | 09/02/16 | J | | |
| 238. | | | | | Buy (add'l) | 09/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 240. --Ishares US Brokers Dealers | A | Dividend | J | T | | | | | |
| 241. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 242. --Lattice Semiconductors | | None | J | T | | | | | |
| 243. --Morgan Stanley | A | Dividend | J | T | | | | | |
| 244. --NCR | | None | | | Sold | 03/03/16 | J | | |
| 245. --NXP Semiconductors | | None | J | T | | | | | |
| 246. --Potash Corp of Saskatchewan Inc | A | Dividend | J | T | | | | | |
| 247. --Powershares Golden Dragon China | A | Dividend | J | T | | | | | |
| 248. --Proshares Trust Short 20+ Yr Treasury | | None | | | Sold | 01/29/16 | J | | |
| 249. --Qualcomm Inc | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 250. --Guggenheim S&P 500 Equal Wghtd Index Fd fka Rydex | A | Dividend | J | T | | | | | |
| 251. --SPDR S&P Biotech | A | Dividend | J | T | | | | | |
| 252. --SPDR S&P China | A | Dividend | J | T | | | | | |
| 253. --SPDR Gold Trust | A | Dividend | J | T | | | | | |
| 254. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 255. --Stryker Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  --Thermo Fisher Scientific | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 257. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 258.  --United Natural Foods | | None | J | T | | | | | |
| 259.  --Vanguard Mid Cap | A | Dividend | J | T | | | | | |
| 260.  --Vanguard MSCI EAFE | A | Dividend | J | T | | | | | |
| 261.  --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 262.  --Vanguard Russell 2000 Value | A | Dividend | J | T | | | | | |
| 263.  --Vanguard S&P 500 | A | Dividend | J | T | | | | | |
| 264.  --Walmart | A | Dividend | J | T | | | | | |
| 265.  --Whole Foods Market | A | Dividend | J | T | | | | | |
| 266.  --Wisdomtree Investments | A | Dividend | J | T | Buy (add'l) | 01/14/16 | J | | |
| 267.  --Zimmer Holdings | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 268. | | | | | | | | | |
| 269.  IRA #3 (H) | | | | | | | | | |
| 270.  --Wells Fargo Money Fund | A | Interest | M | T | | | | | |
| 271.  --Allergan(Fka Actavis)name change 6-15-15 | | None | K | T | Buy (add'l) | 07/25/16 | J | | |
| 272.  --Affiliated Managers Group | | None | K | T | Buy (add'l) | 07/25/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --Apple Inc | B | Dividend | L | T | | | | | |
| 274. --Applied Materials Inc | A | Dividend | K | T | | | | | |
| 275. --CBOE Holdings Inc | A | Dividend | K | T | | | | | |
| 276. --Celgene Corp | | None | K | T | Buy (add'l) | 02/11/16 | J | | |
| 277. | | | | | Buy (add'l) | 07/25/16 | J | | |
| 278. --CME Group | B | Dividend | L | T | | | | | |
| 279. --Danaher Corp | A | Dividend | K | T | Buy | 09/12/16 | J | | |
| 280. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 281. --Dell Technologies Inc | | None | J | T | Spinoff (from line 282) | 09/07/16 | J | | |
| 282. --EMC Corp Mass | A | Dividend | | | Sold | 09/07/16 | K | C | |
| 283. --EFTS Platinum Trust Shs Ben Int EFT | | None | J | T | | | | | |
| 284. --Express Scripts Hldg Co | | None | K | T | | | | | |
| 285. --Fedex Corp | A | Dividend | K | T | Buy | 02/29/16 | K | | |
| 286. --Fireeye Inc | | None | J | T | | | | | |
| 287. --Global X | A | Dividend | J | T | | | | | |
| 288. --Intel Corp | A | Dividend | K | T | | | | | |
| 289. --Ishares TRMSCI Emerging Mkts Index Fd | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --iShares Transportation Average ETF | A | Dividend | K | T | Buy | 09/02/16 | J | | |
| 291. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 292. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 293. --Johnson & Johnson | A | Dividend | K | T | | | | | |
| 294. --Lattice Semiconductor Corp | | None | K | T | | | | | |
| 295. --Morgan Stanley | A | Dividend | K | T | | | | | |
| 296. --NCR | | None | | | Sold | 03/03/16 | K | | |
| 297. --NXP Semiconductors | | None | K | T | | | | | |
| 298. --Potash Corp of Saskatchewan Inc | A | Dividend | J | T | | | | | |
| 299. --Powershares Golden Dragon China | A | Dividend | J | T | | | | | |
| 300. --Proshares Trust ETF Short 20+ Yr Treasury | | None | | | Sold | 01/29/16 | K | | |
| 301. --Guggenheim S&P 500 Equal Wghtd Index Fd(Formerly Rydex) | B | Dividend | M | T | | | | | |
| 302. --Qualcomm Inc | B | Dividend | L | T | | | | | |
| 303. --SPDR Gold Trust | A | Dividend | K | T | | | | | |
| 304. --SPDR S&P Biotech ET | A | Dividend | L | T | | | | | |
| 305. --SPDR S&P China | A | Dividend | K | T | | | | | |
| 306. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | | | Sold | 07/25/16 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Stryker Corp | A | Dividend | L | T | | | | | |
| 308. --Thermo Fisher Scientific | A | Dividend | K | T | Buy | 09/12/16 | J | | |
| 309. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 310. --United Natural Foods Inc | | None | J | T | | | | | |
| 311. --Vanguard Mid Cap | B | Dividend | L | T | | | | | |
| 312. --Vanguard MSCIEAFE | A | Dividend | K | T | | | | | |
| 313. --Vanguard Russell 2000 Growth | B | Dividend | M | T | | | | | |
| 314. --Vanguard Russel 2000 Value | B | Dividend | M | T | | | | | |
| 315. --Vanguard S&P 500 | B | Dividend | M | T | | | | | |
| 316. --Walmart | A | Dividend | K | T | | | | | |
| 317. --Whole Foods Market | A | Dividend | J | T | | | | | |
| 318. --Zimmer Holdings | A | Dividend | | | Sold (part) | 07/25/16 | K | C | |
| 319. | | | | | Sold | 12/16/16 | J | B | |
| 320. --Xilinx Inc | A | Dividend | K | T | | | | | |
| 321. | | | | | | | | | |
| 322. Bank RI Accounts #1 | A | Interest | M | T | | | | | |
| 323. Bank RI Accounts #2 | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell Jr, John J. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Bank RI Accounts #3 | A | Interest | K | T | | | | | |
| 325. Navigant Credit Union | A | Interest | J | T | | | | | |
| 326. | | | | | | | | | |
| 327. Alliance Capital 529 College Fund #2 (H) | | | | | | | | | |
| 328. --CBF Portfolio 1996-98 ALT RA | A | Int./Div. | K | T | | | | | |
| 329. | | | | | | | | | |
| 330. Catalist LLC | A | Interest | K | U | | | | | |
| 331. DSF Capital Partners III LP | G | Distribution | L | U | | | | | |
| 332. DSF Capital Partners IV LP | G | Distribution | N | U | | | | | |
| 333. | | | | | | | | | |
| 334. MetLife Universal Life | | None | M | T | | | | | |
| 335. Sun Life Universal Life #1 | | None | O | T | | | | | |
| 336. Sun Life Universal Life #2 | | None | O | T | | | | | |
| 337. Sun Life Universal Life #3 | | None | O | T | | | | | |
| 338. | | | | | | | | | |
| 339. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 340. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Martha's Vineyard Colonial Inn LLC | F | Distribution | P1 | U | | | | | |
| 342. | | | | | | | | | |
| 343. Charlestown, Rhode Island, Rental Property (X) | F | Rent | | | Sold | 12/29/16 | P1 | | ▨ |
| 344. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McConnell Jr, John J. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Agreements

A) Ness Motley, P.A. Employment and Compensation Agreement, dated January 30, 2003 by and between Ness Motley, P.A. (f/k/a Ness, Motley, Loadholt, Richardson & Poole, Professional Association) and its attorney signatories, setting forth the disbursement of net income received by the firm as compensation for services previously rendered.

B) Assignment of Certain Rights in MRRM, P.A., dated May 13, 2011 by and between MRRM, PA and John J. McConnell, Jr. setting forth the assignment of and payment for Other Rights not covered under the January 30, 2003 agreement above.

C) Assignment of Membership Interests in Motley Rice LLC and Mutual Release, dated May 13, 2011 by and between John J. McConnell, Jr and Motley Rice LLC setting forth the assignment of and payment for membership interests and mututal release of certain liaibilities upon resignation of employment by John J. McConnell, Jr.

| Name of Person Reporting | Date of Report |
| --- | --- |
| McConnell Jr, John J. | 05/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John J. McConnell Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544